```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 43373
   LUDELLA HAYMER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8314


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 12/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.66%.

     The case was paid in full 10/29/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
ILLINOIS DEPT OF REVENUE   PRIORITY          120.00           .00          120.00
ROBERT J ADAMS & ASSOC     PRIORITY      NOT FILED            .00              .00
10 MINUTE PAYDAY LOANS     UNSECURED     NOT FILED            .00              .00
ACTION CARD                UNSECURED     NOT FILED            .00              .00
ALLIED INTERSTATE          NOTICE ONLY   NOT FILED            .00              .00
AMERICASH LOANS LLC        UNSECURED         279.72           .00           46.59
AMERICAS FINANCIAL CHOIC   UNSECURED          505.08          .00           84.13
AR RESOURCES INC           UNSECURED     NOT FILED            .00              .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED            .00              .00
BANK FIRST                 UNSECURED     NOT FILED            .00              .00
BROTHER LOAN & FINANCE     UNSECURED          701.57          .00          116.85
CAPITAL MANAGEMENT SERVI   NOTICE ONLY   NOT FILED            .00              .00
CAPITAL ONE BANK           UNSECURED     NOT FILED            .00              .00
CAPITAL ONE                UNSECURED         1215.09          .00          202.39
CAPITAL ONE                UNSECURED         1031.90          .00          171.87
CBCS                       UNSECURED     NOT FILED            .00              .00
COMPUTER CREDIT            NOTICE ONLY   NOT FILED            .00              .00
CROSSING POINTE            UNSECURED     NOT FILED            .00              .00
DEPENDON COLLECTION SERV   UNSECURED     NOT FILED            .00              .00
ENTERPRISE RECOVERY SYS    NOTICE ONLY   NOT FILED            .00              .00
FINGERHUT                  NOTICE ONLY   NOT FILED            .00              .00
GLOBAL TELEDATA            UNSECURED     NOT FILED            .00              .00
HSBC NV                    UNSECURED     NOT FILED            .00              .00
JEFFERSON CAPITAL SYSTEM   NOTICE ONLY   NOT FILED            .00              .00
MITCHELL N KAY             UNSECURED     NOT FILED            .00              .00
M3 FINANCIAL SVCS          UNSECURED     NOT FILED            .00              .00
MARSHALL FIELDS            UNSECURED     NOT FILED            .00              .00
MASSEYS                    UNSECURED     NOT FILED            .00              .00
MEDICAL RECOVERY SPECIAL   UNSECURED     NOT FILED            .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          254.44          .00           42.38
MIDLAND CREDIT MANAGEMEN   UNSECURED     NOT FILED            .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED     NOT FILED            .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 43373 LUDELLA HAYMER
```

```
PRIMCO                     UNSECURED       NOT FILED         .00            .00
COLLECTION SVC DIV         UNSECURED       NOT FILED         .00            .00
RMAPPNOAUG                 UNSECURED       NOT FILED         .00            .00
RUSH PRESBYTERIAN ST LUK   UNSECURED       NOT FILED         .00            .00
SAMI BITTER MD             UNSECURED       NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00            .00
SEARS                      NOTICE ONLY     NOT FILED         .00            .00
SIR FINANCE                UNSECURED        1156.00          .00         192.54
SPIEGEL                    UNSECURED       NOT FILED         .00            .00
TARGET                     UNSECURED       NOT FILED         .00            .00
TCF BANK                   UNSECURED       NOT FILED         .00            .00
TCF BANK                   UNSECURED       NOT FILED         .00            .00
VICTORIA SECRET            UNSECURED       NOT FILED         .00            .00
ILLINOIS LENDING GROUP     UNSECURED         564.65          .00          94.05
ASPIRE                     UNSECURED         394.66          .00          65.73
AMERICAS FINANCIAL CHOIC   UNSECURED         335.80          .00          55.93
ILLINOIS DEPT OF REVENUE   UNSECURED          42.00          .00           7.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,169.00                    2,169.00
TOM VAUGHN                 TRUSTEE                                       231.56
DEBTOR REFUND              REFUND                                         36.98


        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,637.00

PRIORITY                                          120.00
SECURED                                              .00
UNSECURED                                        1,079.46
ADMINISTRATIVE                                   2,169.00
TRUSTEE COMPENSATION                               231.56
DEBTOR REFUND                                       36.98
                        ---------------        ---------------
TOTALS                    3,637.00                3,637.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
   Dated: 01/27/09          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                          PAGE   2
            CASE NO. 05 B 43373 LUDELLA HAYMER